IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CONSOLIDATED ACTION |
| ) | LEAD ACTION: 3:06-00323 |
| AMERICAN SERVICE GROUP, INC., et al., ) | RELATED ACTIONS: 3:06-337 |
| ) | 3:06-341 and 3:06-443 |
| ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the motion for appointment as lead Plaintiff and approval of its selection of class counsel (Docket Entry No. 22) is **DENIED**; Plaintiffs Gerken's and Mosley's motion for appointment as lead Plaintiff and approval of its selection of class counsel (Docket Entry No. 25) is **DENIED**; and MARTA/ATU Local 732 Employees Retirement Plan's motion for appointment as lead Plaintiff and approval of its selection of class counsel (Docket Entry No. 28) is **GRANTED**.

The Plaintiff Peoria Police Pension Fund's motion filed in Case No. 3:06-337, Docket Entry No. 30; 3:06-0341, Docket Entry No. 26; and 3:06-0443, Docket Entry No. 24 are also **DENIED**.

It is so **ORDERED**.

ENTERED this the 29th day of August, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge