IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re AMERICA SERVICE GROUP, INC., ) No. 3:06-0323
et al., ) JUDGE HAYNES

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 68) is **GRANTED** in part and **DENIED** in part. The Plaintiffs' claims identified in the Memorandum at pp. 60 and 62 are **DISMISSED** with prejudice. The Defendants' motion to dismiss is otherwise **DENIED**. The facts cited in the dismissed claims may be cited in support of other claims.

It is so **ORDERED**.

ENTERED this the 30th day of March, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge